UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SUZANNE C., Plaintiff, vs. COMMISSIONER OF SOCIAL SECURITY, Defendant. | Civil No. 2:20-CV-00444-MLP ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Social Security Appeals Council will direct the Administrative Law Judge to take all steps necessary to reassess Plaintiff's residual functional capacity consistent with Social Security Ruling (SSR) 96-8p; reevaluate non-medical source opinions; and continue with the sequential evaluation, as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

\\
\\

DATED this 4th day of November, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2034
Fax:  (206) 615-2531
ryan.lu@ssa.gov